Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Christian Spencer Radabaugh**, **Sr.**<br>Debtor. | Case No. 21-30338-dwh7<br>ORDER GRANTING MOTION FOR RELIEF FROM STAY |

For the reasons stated at the March 26, 2021, hearing, the court

GRANTS GP, LLC's Motion for Relief from Stay [15], except that the court does not abate the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3), which will remain in effect.

# # #

Page 1 – ORDER GRANTING MOTION FOR RELIEF FROM STAY